# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN DUENAS, JR., an individual, | CASE NO. 1:12-cv-00493-LJO-SMS |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S REQUEST FOR A JURY TRIAL** *NUNC PRO TUNC* |
| APRIL FISCHER, an individual; et al., | |
| Defendants. | (Doc. 7) |
| _____/ | |

     On April 30, 2012, Plaintiff Marvin Duenas, Jr., by his attorneys, Carpenter, Zuckerman, & Rowley, LLP, moved for an order deeming his request for a jury trial timely filed.  Defendants have filed a notice of nonopposition.

     Accordingly, for good cause shown, the Court hereby GRANTS Plaintiff's request for a jury trial *nunc pro tunc*.

IT IS SO ORDERED.

**Dated:   May 30, 2012**                 **/s/ Sandra M. Snyder**
                                     UNITED STATES MAGISTRATE JUDGE