John C. Carpenter, Esq. (SBN 155610)
Tiffany T. Chung, Esq. (SBN 275981)
**CARPENTER, ZUCKERMAN & ROWLEY, LLP**
8827 West Olympic Boulevard
Beverly Hills, California 90211
Telephone: (310) 273-1230
Facsimile: (310) 858-1063
Email: steve@carpzuck.com

Attorneys for Plaintiff,
MARVIN DUENAS, JR.

Paul Cesari, Esq. (Bar No. 118110)
**CESARI, WERNER & MORIARTY**
360 Post Street, 5th Floor
San Francisco, CA 94108
Telephone: (415) 391-1113
Facsimile:  (415) 391-4626
Attorneys for Defendants,
APRIL FISCHER, an individual, and
SCHNEIDER NATIONAL CARRIERS, INC.
(erroneously sued as: SCHNEIDER NATIONAL,
SCHNEIDER NATIONAL BULK CARRIERS, INC., and
SCHNEIDER NATIONAL WEST, INC.)

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARVIN DUENAS, JR., an Individual<br><br>Plaintiff,<br><br>vs.<br><br>APRIL FISCHER, an Individual, et al.<br><br>Defendants. | CASE NO.: 12-cv-00493-LJO-SMS<br><br>**NOTICE OF SETTLEMENT;<br>STIPULATION AND ORDER** |

**NOTICE OF SETTLEMENT; STIPULATION AND ORDER**

　　　**PLEASE TAKE NOTICE** that the parties have reached settlement resolving all claims

in this action.  Marvin Duenas, Jr., ("Plaintiff") and April Fisher, Schneider National Carriers,

Inc. (erroneously sued as: Schneider National, Schneider National Bulk Carriers, Inc., and

Schneider National West, Inc.) ("Defendants") by and through their respective attorneys of record, hereby submit this Notice of Settlement and Stipulation and Order, and inform the Court as follows:

       1.      Plaintiff Marvin Duenas, Jr., and Defendant April Fisher, have reached an agreement to resolve all the claims as set forth in the California state court action entitled: *Marvin Duenas* v. *April Fischer*, et al., Merced County Superior Court Case No., CV002512, filed on February 29, 2012 and removed to Eastern District of California on March 30, 2012.

       2.      The parties have finalized settlement documents and will file a Notice of Dismissal with this Court by July 20, 2012.

       **THEREFORE, IT IS HEREBY STIPULATED** by and between the parties to this action, that a Notice of Dismissal will be filed with the court by July 20, 2012.

DATED: July 12, 2012          CARPENTER, ZUCKERMAN & ROWLEY, LLP

                          s/s     <u>John C. Carpenter</u>
                                 JOHN C. CARPENTER, ESQ.
                                 Attorneys for Plaintiff,
                                 MARVIN DUENAS, JR.

DATED: July 12, 2012          CESARI, WERNER & MORIARTY

                          s/s     <u>Paul N. Cesari (as authorized on July 12, 2012)</u>
                                 PAUL N. CESARI, ESQ.
                                   Attorneys for Defendants,
                                 APRIL FISCHER, SCHNEIDER NATIONAL
                                 CARRIERS, INC. (erroneously sued as:
                                 SCHNEIDER NATIONAL, SCHNEIDER
                                 NATIONAL BULK CARRIERS, INC., and
                                 SCHNEIDER NATIONAL WEST, INC.)

## ORDER

IT IS SO ORDERED.

**Dated:   July 12, 2012**        <u>     **/s/ Lawrence J. O'Neill**     </u>
                              UNITED STATES DISTRICT JUDGE