# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN DUENAS, JR., | CASE NO. CV F 12-0493 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 20.) |
| APRIL FISCHER, et al., | |
| Defendants. / | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES without prejudice this entire action;
2. VACATES all pending matters; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   July 18, 2012**                         /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE

1